IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LISA HA CLIFFORD,<br><br>Defendant. | CR 25–40–M–DLC<br><br><br><br>ORDER |

Before the Court is Defendant Lisa Ha Clifford's Ex Parte Motion for Forensic Expert and for Raw Data Extraction from Defendant's Electronic Devices. (Doc. 66.) The Court addressed the motion during a hearing held on November 23, 2026. As discussed, the Court is inclined to grant the motion and supports an approach wherein a forensic expert would first review the previously produced discovery to determine whether the Government may have already provided the data that Clifford requests. Accordingly,

IT IS ORDERED that Clifford's standby counsel shall provide the Court with (1) the name of a proposed expert who is qualified to examine the relevant data and devices, and (2) the total estimated cost for the proposed expert to review existing discovery for completeness.

DATED this 24th day of November, 2026.

Dana L. Christensen, District Judge
United States District Court